**Office of the Standing Chapter 13 Trustee**
**105 Decker Ct**
**Suite 1150 11th Floor**
**Irving, TX  75062**
**(214) 855-9200**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **IN RE:** | Case No:  25-30840-SWE-13 |
| **CLIO CIONNI RIZO** | |
| **Debtor** | Hearing Date:  5/29/2025 |

### Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation

TO:       ALL PARTIES IN INTEREST

A pre-hearing conference with the Chapter 13 Trustee concerning the Debtor's Chapter 13 Plan and Motion for Valuation will be held on 5/29/2025. **Pre-hearing conferences will be held by phone and email the week of 5/29/2025.** Debtor's Counsel must initiate the pre-hearing conference by contacting the Trustee or his staff attorney **no later than 4:00 P. M.** on 05/28/2025.

Any objection to the Pleadings not resolved or defaulted at the Trustee's Pre-Hearing Conference will be heard by the Court on 5/29/2025 by Webex beginning at 2:00 P.M..

You may access the Webex Hearings at the following:
**Judge Everett - https://us-courts.webex.com/meet/everett**
**Access Webex instructions at**
**https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-everetts-hearing-dates**

TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, FILED WITH THE COURT, AND A COPY SERVED ON THE FOLLOWING PARTIES NO LATER THAN SEVEN (7) DAYS PRIOR TO THE PRE-HEARING CONFERENCE.

| | |
|---|---|
| **Debtor:** | CLIO CIONNI RIZO, 9505 ROYAL LANE APT 1120, DALLAS, TX  75243 |
| **Attorney:** | LEINART LAW FIRM, 10670 N CENTRAL EXPRESSWAY, SUITE 320, DALLAS, TX  75231 |
| **Court:** | CLERK'S OFFICE, US BANKRUPTCY COURT, 1100 COMMERCE ST., 12TH FLOOR, DALLAS, TEXAS, 75242 |
| **Trustee:** | TRUSTEE'S OFFICE, 105 DECKER CT, SUITE #1150, IRVING, TEXAS 75062 |

By: /s/ Thomas D. Powers
Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700

**Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation, Page 2**
**Case # 25-30840-SWE-13**
**CLIO CIONNI RIZO**

## Certificate of Service

I hereby certify that a copy of the foregoing "Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation" was served on the following parties at the addresses listed below by United States First Class Mail or via electronic mail.

Debtor: CLIO CIONNI RIZO, 9505 ROYAL LANE APT 1120, DALLAS, TX  75243
Attorney: LEINART LAW FIRM, 10670 N CENTRAL EXPRESSWAY, SUITE 320, DALLAS, TX  75231**
Creditors: ACIMA, 13907 MINUTE MAN DR 5TH FL, DRAPER, UT  84020-9870
AFFIRM INC, 650 CALIFORNIA ST FL 12, SAN FRANCISCO, CA  94108
ATTORNEY GENERAL OF TEXAS, 1600 PACIFIC, STE 700, DALLAS, TX  75201**
ATTORNEY GENERAL OF TEXAS, 400 S ZANG, STE 1100, DALLAS, TX  75208**
CBE GROUP, PO BOX 900, WATERLOO, IA  50704
CHIMEF STR, ATTN BANKRUPTCY, PO BOX 417, SAN FRANCISCO, CA  94104-0417
COMENITY, BANKRUPTCY DEPARTMENT, PO BOX 182125, COLUMBUS, OH  43218-2125
CORNERSTONE, PO BOX 60610, HARRISBURG, TX  17106-0610
COUNTY OF DALLAS, CO LINEBARGER GOGGAN BLAIR ET AL, 2777 N STEMMONS FWY STE 1000, DALLAS, TX  75207**
CREDIT ONE BANK, 6801 CIMARRON ROAD, LAS VEGAS, NV  89113-2273
FLEX, 33 IRVING PLACE, NEW YORK, NY  10003
HOSPITALIST MED PHYSICIANS OF TEXAS, PO BOX 743522, LOS ANGELES, CA  90074-3522
INTERNAL REVENUE SERVICE, PO BOX 7317, PHILADELPHIA, PA  19101-7317**
INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA  19101-7346**
JEFFERSON CAPITAL SYSTEMS, 200 14TH AVE E, SARTELL, MN  56377-4500
KIKOFF LENDING LLC, 75 BROADWAY SUITE 226, SAN FRANCISCO, CA  94111-1422
LINEBARGER GOGGAN BLAIR AND SAMPSON, 3500 MAPLE AVE, SUITE 800, DALLAS, TX  75219
LVNV FUNDING LLC, RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC  29603**
MARINER FINANCE, 8211 TOWN CENTER DR, NOTTINGHAM, MD  21236
OWINGS AUTO CENTERS, 519 E DIVISION ST, ARLINGTON, TX  76011
PERPAY INC, ATTN CONOR HORAN, 2400 MARKET STREET SUITE 300, PHILADELPHIA, PA  19103-3033
POSSIBLE FINANCE, PO BOX 98686, LAS VEGAS, NV  89193-8686
POSSIBLE FINANCIAL INC, ATTN VISHAKHA PATEL, 2231 FIRST AVE STE B, SEATTLE, WA  98121-1614**
SPECTRUM CHARTER COMMUNICATIONS, PO BOX 790261, SAINT LOUIS, MO  63179-0261
STATE COMPTROLLER, REVENUE ACCOUNTING DIV BANKRUP, PO BOX 13528, AUSTIN, TX  78711**
SYNCHRONY BANK, PO BOX 965060, ORLANDO, FL  32896**
T MOBILE, PO BOX 53410, BELLEVUE, WA  98015
TEXAS ALCOHOLIC BEVERAGE COMM, LICENSES AND PERMITS DIVISION, PO BOX 13127, AUSTIN, TX  78711-3127**
TEXAS WORKFORCE COMMISSION, TEC BUILDING- BANKRUPTCY, 101 EAST 15TH ST, AUSTIN, TX  78778**
TIDES AT ROYAL LANE NORTH, 9505 ROYAL LN, DALLAS, TX  75243
TRANSFORM CREDIT INC, 1440 W TAYLOR ST,  431, CHICAGO, IL  60607-4623
TRANSFORM CREDIT, 332 S MICHIGAN AVE, 9TH FL, CHICAGO, IL  60604-4434
TSC A R SOLUTIONS, 2701 LOKER AVE W, CARLSBAD, CA  92010-6638
US DEPT OF JUSTICE, 10 AND CONSTITUTION AVE NW, WASHINGTON, DC  20530
WAKEFIELD AND ASSOCIATES INC, 10800 E BETHANY DR STE 450, AURORA, CO  80014-2697

** Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

## Indicates address was identified by the USPS National Change of Address system as undeliverable and returned to the Trustees office. Notices will no longer be delivered to this address. The debtor's attorney or pro se debtor was advised that the specific notice was undeliverable.

Dated: 04/09/2025

By: /s/ Thomas D. Powers
Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700