**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| IN RE:<br>CLIO CIONNI RIZO<br>       DEBTOR | CASE NO: 25-30840-SWE-13 |

**REPORT OF (ADJOURNED) SECTION 341 MEETING**

**General Case Information**

| Case Information: | **Hearing Information:** | | **Payment Information:** | |
|---|---|---|---|---|
| | 341 Meeting Date: | 04/21/2025 | Plan Base Amount: | $59,400.00 |
| | Days from Petition: | 45 days | Plan Term: | 60 months |
| | Original 341 scheduled: | 04/21/2025 | Current Monthly Payment: | $990.00 |
| | Confirmation Hearing set: | 5/29/2025 | First Payment Due: | Apr 06, 2025 |
| | No Show/ID NOI Sent: | | Amount Paid to Trustee: | $990.00 |
| | NOI for 1st Pymt Sent: | | | |

| Meeting Information: | Debtor(s) Appeared?  Dr 1 [x] Yes  [ ] No   Dr 2 [ ] Yes  [ ] No<br>ID Checked: [x] Dr 1  [ ] Dr 2<br>SSN Checked: [x] Dr 1  [ ] Dr 2<br><br>Debtor(s) Attorney / Paralegal Appeared?  [x]<br>Pro Se   [ ]<br>Creditor Appeared?   [ ] Yes   [x] No |
|---|---|
| Hearing Status: | 341 Meeting Concluded:  [x] Yes   [ ] No<br>[ ]   Debtor unable to connect to Zoom meeting<br>Debtor was asked the standard questions:   [x] Yes   [ ] No<br><br>[x] Yes   [ ] No   Debtor confirmed that all the information contained on the Petition, Schedules, Statement of Financial Affairs, and CMI form was true and correct and needed no changes or additions to make them true and complete. |
| Notice of Intent to Dismiss Information: | [ ] Failure to Appear:  [ ] Dr 1  [ ] Dr 2      [ ] Photo ID:  [ ] Dr 1  [ ] Dr 2<br>[ ] Wage Directive Info: [ ] Dr 1  [ ] Dr 2   [ ] SSN Card:  [ ] Dr 1  [ ] Dr 2<br>[ ] Tax Returns:  [ ] Dr 1  [ ] Dr 2          [ ] Paystubs:  [ ] Dr 1  [ ] Dr 2<br>[ ] Other: |
| Legal Action Needed: | [ ] Trustee's Motion to Transfer Venue Needed:<br>[ ] Serial Filer:<br>[ ] Other: |

**Confirmation Issues**

| Best Interest: | Exemptions:  [x] Federal   [ ] State - Texas   [ ] State - Other:<br>Exceeds $189,050.00   [ ] Yes   [ ] No   [x] n/a<br>Value (equity) of non-exempt property (provide detail below):  $0.00 |
|---|---|

REPORT OF (ADJOURNED) SECTION 341 MEETING, Page 2
Case # 25-30840-SWE-13
CLIO CIONNI RIZO

| | |
|---|---|
| | Total Value of Assets listed as Exempt on Schedule C: $5905.57<br>Improper Exemption: ☐ Yes ☒ No Explain:<br>Fraudulent Transfer: ☐ Yes ☒ No Explain: |
| Feasibility: | ☐ Yes ☒ No<br>☒ **Objection to Confirmation needed for the following reason:**<br>    ☒ Need DR 1 current paystubs \|    ☐ Need DR 2 current paystubs<br>    ☒ Trustee requests amended Schedule I to: reflect income from new job started on 04/14/25. |
| Disposable Income: | **Below Median Income**<br>Debtor's Projected Monthly Disposable Income: $990.00 x ACP: 36 = $35,640.00<br>Comment: Plan Payment<br>    ☐ Case filed Below Median and should be Above Median |
| Good Faith: | ☒ Yes ☐ No |
| (Petition & Plan Issues:) | ☐ Yes ☒ No<br>    ☐ Insufficient Plan. |
| Domestic Support Obligation (DSO:) | Is Debtor current on Post Petition DSO? ☐ Yes ☐ No ☒ N/A |
| Tax Returns: | Filed previous 4 years ☒ Yes ☐ No<br>Number of Exemptions on last year: 3    Notes:<br>Number in Household per CMI: 3    Notes: |
| Business Case: | Is this a Business Case? ☐ Yes ☒ No    Level: |
| Civil Enforcement: | ☐ Petition Preparer was involved    ☐ Debtor attorney fees exceed "Standard fee"<br>Comment: 4250/0/4250 |
| 521(a)(1) Information has been filed: | ☒ List of Creditors                ☒ Statement of Financial Affairs<br>☒ CMI Statement                 ☐ Dr 1 60 Days Payment Advices<br>☒ Schedules A,B,C,D,E,F,G and H    ☐ Dr 2 60 Days Payment Advices<br>☒ Schedules I and J |
| Eligibility: | Certificate of Credit Counseling within 180 days on file    ☒ Yes ☐ No<br>Provider of Credit Counseling is approved                 ☒ Yes ☐ No<br>Debt limit exceeds maximum (S $1,580,125  U $526,700) ☐ Yes ☒ No |
| Required for Confirmation: | ☐ Other reason(s) for Objection to Confirmation:<br><br>☐ Additional document(s) required for Confirmation: |
| Presiding Officer Information: | The 341 meeting was heard on: 04/21/2025    By: /s/ Lisa Lynn<br>                                          Office of the Standing Chapter 13 Trustee |

**REPORT OF (ADJOURNED) SECTION 341 MEETING, Page 3**
**Case # 25-30840-SWE-13**
**CLIO CIONNI RIZO**

|  |  |
|--|--|
|  |  |